■ In the Matter of DAVID ELLIOTT, Respondent, v WALTER KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Memorandum: Special Term erred in granting the petition. On this record, the written misbehavior report constitutes substantial evidence in support of the disciplinary charges levied and the penalty imposed *(People ex rel. Vega v Smith,* 66 NY2d 130; *see, Matter of Perez v Wilmot,* 67 NY2d 615). We also find that the use of a form petition, prepared and sworn to by petitioner's counsel and containing no supporting factual allegations, fails to comply with the requirements of the CPLR and is facially deficient *(Matter of Dennehy v Coughlin,* 116 AD2d 1001). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of GERALD GAINES, Respondent, v WALTER KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Memorandum: We reverse for the reason stated in *Matter of Elliott v Kelly* (117 AD2d 1002). We add only that the remaining issues petitioner raises here were not raised before Special Term and, therefore, are not properly before this court *(see, Lyons v Quandt,* 91 AD2d 709, 710; *Matter of Van Wormer v Leversee,* 87 AD2d 942, 943; *Peasley v Reid,* 57 AD2d 998, 999; *Matter of Chauvel v Nyquist,* 55 AD2d 76, 79, *affd* 43 NY2d 48). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J.—art 78.) Present —Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.

■ In the Matter of CLIFFORD HOWARD, Respondent, v WALTER KELLY, as Superintendent of Attica Correctional Facility, et al., Appellants.—Judgment unanimously reversed, on the law, and petition dismissed. Memorandum: Petitioner waived his right to challenge respondents' decision by failing to attend the disciplinary hearing held November 23, 1984 at the Ossining Correctional Facility *(Matter of Payne v Smith,* 97 AD2d 960; *see also, Matter of Morrison v Coughlin,* 101 AD2d 943, 944, *lv denied* 63 NY2d 605; *People ex rel. Morgan v La Vallee,* 49 AD2d 652, *lv denied* 37 NY2d 710). (Appeal from judgment of Supreme Court, Wyoming County, Dadd, J. —art 78.) Present—Denman, J. P., Boomer, Green, O'Donnell and Schnepp, JJ.